IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHANE DOUGHERTY,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 21-CV-2507** |
| : | |
| **WILLIAM J. BRENNAN,** *et al.*, : | |
|     **Defendants.** : | |

**ORDER**

AND NOW, this 21st day of June, 2021, upon consideration of Plaintiff Shane Dougherty's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Prisoner Trust Fund Account Statement (ECF No. 3), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Shane Dougherty, #NW-844, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Superintendent of SCI-Pine Grove or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Dougherty's inmate account; or (b) the average monthly balance in [LAST]'s inmate account for the six-month period immediately preceding the filing of this case. The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Dougherty's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Dougherty's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is directed to **SEND** a copy of this Order to the Superintendent of SCI-Pine Grove.

4. The Complaint is **DEEMED** filed.

5. Dougherty's Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum as follows**:**

 a. Dougherty's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim; and

 b. Dougherty's state claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

6. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/s/ **Chad F. Kenney**

**CHAD F. KENNEY, J.**